173 A.3d 159

**REMBOLD, Donald G.**

v.

**STATE of Maryland**

**Pet. Docket No. 301, Sept.Term, 2017**

Court of Appeals of Maryland.

November 17, 2017

Opinion of the Court of Special Appeals unreported (No. 1122, Sept.Term, 2016).

Petition for writ of certiorari dismissed

173 A.3d 159

**TRIM**

v.

**YMCA**

**Pet. Docket No. 266, Sept.Term, 2017**

Court of Appeals of Maryland.

November 17, 2017

Reported below: 233 Md.App. 326, 165 A.3d 534.

Petition for writ of certiorari denied